# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| LUTFI SAID SAALIM | CASE NO: 3:21 cv 01481 |
| Plaintiff, | JUDGE JAMES R. KNEPP, II |
| vs. | **NOTICE OF DEPOSITION OF DAVID G. CICHOCKI *DUCES TECUM*** |
| WALMART INC., et al. | |
| Defendants. | |

Please take notice that on Tuesday, January 6, 2026, Plaintiff in the above-captioned matter will take the deposition of David G. Cichocki beginning at 9:30 a.m. (EST), before a Notary Public authorized by law to administer oaths via Zoom.  The examination will continue from day to day until it is completed. Reasonable notice is hereby given in accordance with Rule 30 of the Federal Rules of Civil Procedure. Furthermore, the deponent is requested to produce and have available the following:

(1) All materials reviewed in preparation for the deposition of January 6, 2026, and/or in preparing the report of May 6, 2025;

(2) Mr. Cichocki's entire file including any material relied upon in forming the expert's opinions and findings; and

(3) All materials in your possession responsive to Request No. 29 of Plaintiff's Second Set of Requests for Production of Documents as to Defendant Bretzloff. A copy of said Request is included below and incorporated herein by reference:

> 29. Provide the following regarding any and all expert witness(es) who you have consulted, retained, and/or or intend to use as an expert witness at trial in this matter:
>
> a. Any and all reports relating to this Action and/or the subject incident.
>
> b. Agreements between you and each such expert witnesses relative to his/her engagement or retention.

c.      Fee schedules, invoices, time sheets, billing records, W-9 forms, and/or 1099 forms related to services performed as an expert witness on your behalf.

d.      Current resume and/or Curriculum Vitae of each such expert witness.

e.      Payments made by you or on your behalf to each such expert witnesses.

f.      Each such expert witness' entire file relating to this matter, including, but not limited to, internal and external correspondence, text messages, photographs, video footage, legal research, notes, memoranda, investigation, receipts, drafts and final copies of any document prepared as part of his/her retention.

g.      Each document reviewed and/or relied upon by each such expert witness in coming to his/her opinions and conclusions, including, but not limited to, those documents which were provided by you or your Counsel, obtained from a third-party, were already in the possession of the expert witness, and/or any treatises or other scholarly materials relied upon.

h.      Literature, textbooks, treatises, publications, articles, abstracts, seminar materials, reference materials, regulations, statutes and/or depositions, which any such expert witnesses relied upon, used, consulted, reviewed and/or referenced in formulating his/her conclusions and/or opinions related to this Action and/or the subject incident.

i.      Written communications between you and each such expert witnesses.

j.      Notes prepared by or on behalf of each such expert witness related to his/her disclosure as a witness and/or his/her opinions and/or conclusions in this case.

k.      Drafts prepared by or on behalf of each such expert witness related to his/her disclosure as a witness and/or his/her opinions and/or conclusions in this case.

l.      Marketing material, and/or web site listings that advertise expert witness services for each such expert witnesses.

m.    Compensation, including 1099 forms and/or W-9 forms, received by each such expert witness for services performed as an expert witness for the last ten (10) years.

n.    All cases, statutes and/or ordinances researched by each such expert witness in formulating his/her opinions and/or conclusions regarding this case.

Respectfully submitted,

**KISLING, NESTICO & REDICK, LLC**

*/s/ Thomas J. Walsh II*
_____
Thomas J. Walsh II (0095872)
*Attorney for Plaintiff*
4853 Monroe Street, Bldg. B, Ste. 3
Toledo, OH 43623
Ph: 330-869-9007 / Fax: 330-869-9008
Email: twalsh@knrlegal.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of January 2026, a copy of the foregoing Notice of Deposition was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ Thomas J. Walsh II*

_____

Thomas J. Walsh II (0095872)
*Attorney for Plaintiff*